■ NAGDEMAN & COMPANY, INC., Appellant, v ST. PAUL FIRE AND MARINE INSURANCE COMPANY, Respondent. [689 NYS2d 633] —Order and judgment (one paper), Supreme Court, New York County (Harold Tompkins, J.), entered April 9, 1998, which, *inter alia*, granted defendant insurer's cross motion to dismiss the complaint and declared that defendant was not obligated to defend and/or indemnify plaintiff in the underlying action, unanimously affirmed, with costs.

We agree with the IAS Court that the claims in the underlying action against plaintiff herein sound in breach of contract and not libel. Accordingly, as it is undisputed that the subject contract of insurance issued by defendant does not provide plaintiff with liability coverage for contract claims, the complaint seeking to compel defendant to defend and indemnify plaintiff in the underlying action was properly dismissed. Concur—Sullivan, J. P., Nardelli, Lerner, Rubin and Saxe, JJ.

■ In the Matter of RICHARD SANDERS et al., Respondents, v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL, Appellant, and BEN FISHBEIN, Intervenor-Appellant. [690 NYS2d 438] —Order, Supreme Court, New York County (Edward Greenfield, J.), entered January 12, 1998, unanimously affirmed for the reasons stated by Greenfield, J., without costs or disbursements. No opinion. Concur—Sullivan, J. P., Nardelli, Lerner, Rubin and Saxe, JJ.